UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20609-CR-SEITZ

UNITED STATES OF AMERICA,

v.

ROBERT MICHAEL GOMPERTS,

        Defendant.
_____/

## ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States, at sentencing, for forfeiture in accordance with the Plea Agreement filed in this case. The Court having considered the record, the United States' motion is **GRANTED**. It is hereby, **ORDERED** that:

1    All right, title and interest of defendant, ROBERT MICHAEL GOMPERTS, in the following property is hereby forfeited to the United States of America pursuant to 31 U.S.C. § 5317(c): $16,177.00 in United States currency, which is a portion of the currency seized from the defendant on or about June 17, 2008.

2.    Agents of Immigration and Customs Enforcement, or any duly authorized law enforcement official, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to 21 U.S.C. § 853(g), made applicable hereto by 31 U.S.C. § 5317(c)(1)(B).

3.    The United States shall cause to be published, in accordance with due process

1

considerations, notice of this Order as required by 21 U.S.C. § 853 (n)(6). The United States shall state in the notice that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court withing thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title or interest in the property, and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4.  The United States shall provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice. It is further:

ORDERED that if no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, in accordance with Title 21, United States Code, Section 853(n)(7), this Order shall be deemed a final order of forfeiture, and Immigration and Customs Enforcement, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law and that the remaining sums seized from defendant ROBERT MICHAEL GOMPERTS, on or about June 17, 2008, which sums were not forfeited, shall be returned to the defendant through his counsel.

DONE AND ORDERED at Miami, Florida this 29th day of August 2008.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE